**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 08-12166
                                                Hon. Robert H. Cleland
-v-                                                    Claim No. 1999A22554

DIANE O'NEAL  a/k/a DIANE O'NEAL MOORE,

        Defendant.

_____

**ORDER ALLOWING RECORDS SUBPOENA**

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
On _March 10, 2009_____

PRESENT: HONORABLE ROBERT H. CLELAND

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **PMC MORTGAGE COMPANY** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

                                                    s/Robert H. Cleland_____
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2009, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522